**MILBERG PHILLIPS GROSSMAN LLP**
David Azar (State Bar No. 218319)
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone:  212-594-5300
Email:       dazar@milberg.com

*Counsel for Plaintiff Asante Cleveland*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASANTE CLEVELAND, *on behalf of himself, and all others who are similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD., VITOL INC., and JOHN DOE CORPORATIONS 1–75,<br><br>Defendants. | Case No.: 3:20-cv-00893-WQH-LL<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE AND TRANSFER** |

Pacific Wine Distributors, Inc. ("PWDI") filed an Ex Parte Motion to Intervene and Transfer Action Pursuant to 28 U.S.C. § 1404 and the First Filed Doctrine, or in the Alternative to Stay ("Motion to Transfer") in support of transferring this action to the District Court in the Northern District of California. *See* ECF No. 3. In the alternative, PWDI asks the Court to stay Plaintiff Cleveland's case pending resolution of proceedings now pending in the Northern District of California. *Id.*

Plaintiff Cleveland does not oppose the Motion to Transfer this case to the District Court in the Northern District of California. Should this Court determine that transfer is not appropriate, Plaintiff Cleveland opposes any motion to stay the action.

DATED: June 8, 2020                **MILBERG PHILLIPS GROSSMAN LLP**

*/s/ David Azar*
David Azar (State Bar No. 218319)
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone:   212-594-5300
Email:           dazar@milberg.com

## CERTIFICATE OF SERVICE

I certify that on June 8, 2020, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

*/s/ Blake Yagman*
Blake Yagman
byagman@milberg.com