| | |
|---|---|
| 1 | Michael P. Lehmann (SBN 77152) |
| 2 | Christopher L. Lebsock (SBN 184546) |
| 3 | Samantha J. Stein (SBN 302034) |
|   | HAUSFELD LLP |
| 4 | 600 Montgomery Street, Suite 3200 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 633-1908 |
|   | Facsimile: (415) 358-4980 |
| 6 | mlehmann@hausfeld.com |
| 7 | clebsock@hausfeld.com |
|   | sstein@hausfeld.com |
| 8 | |
| 9 | *Counsel Pacific Wine Distributors, Inc.* |
| 10 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASANTE CLEVELAND, *on behalf of himself, and all others who are similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD., VITOL INC., and JOHN DOE CORPORATIONS 1–75,<br><br>Defendants. | Case No. 3:20-CV-00893-WQH-LL<br><br>**REPLY IN SUPPORT OF *EX PARTE* MOTION TO INTERVENE AND TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404 AND THE FIRST-FILED DOCTRINE, OR IN THE ALTERNATIVE TO STAY** |

1  Plaintiff Pacific Wine Distributors, Inc. ("PWDI") filed a Motion to Intervene
2  and Transfer Action Pursuant to 28 U.S.C. § 1404 and the First-Filed Doctrine, or in
3  the Alternative to Stay ("Motion") in the above-captioned action on May 18, 2020
4  (ECF No. 3).

5  On June 8, 2020 Plaintiff Asante Cleveland ("Cleveland") filed a statement of
6  non-opposition to the transfer of its case to the Northern District of California (ECF
7  No. 5). At the time that PWDI filed its Motion, there were five cases pending in the
8  Northern District of California. Since that time five additional related class actions
9  have been filed in that district. Cleveland's case is the only case pending in the
10 Southern District of California that alleges a common nucleus of operative facts with
11 those pending in the Northern District of California.

12 The additional cases filed in the Northern District of California since the filing
13 of PWDI's Motion are:

14 - *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427-JCS
15   (N.D. Cal., filed May 20, 2020) (the "*Kravitz* action");
16 - *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*,
17   No. 3:20-cv-03483-JSC (N.D. Cal., filed May 22, 2020) (the "*Accurate*
18   *Testing* action");
19 - *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D.
20   Cal., filed May 26, 2020) (the "*BB&B* action");
21 - *Richardson v. SK Energy Americas, Inc. et al*, No. 5:20-cv-03678-NC
22   (N.D. Cal., filed June 3, 2020) (the "*Richardson* action"); and
23 - *Gennaro v. Vitol, Inc. et al*, No. 4:20-cv-03705-KAW (N.D. Cal., filed
24   June 4, 2020) (the "*Gennaro* action").

25 The foregoing *Kravitz*, *Accurate Testing* and *BB&B* actions have been
26 related to the *PWDI* action. The *Richardson* and *Gennaro* actions are subject to a
27

pending motion to relate.

For all of the reasons set forth in its Motion, PWDI respectfully requests that this Court grant its motion to intervene and transfer the Cleveland action to the Northern District of California.

DATED: June 8, 2020

HAUSFELD LLP

By:_____
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Counsel Pacific Wine Distributors, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 8, 2020, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

By: *s/ Christopher L. Lebsock*
 Christopher L. Lebsock
 HAUSFELD LLP
 clebsock@hausfeld.com